**Jason Edward WALKER,**
**Plaintiff–Appellant,**

v.

**CORRECTIONS CORPORATION AMERICA, INC., and their disciplinary and administrative boards at the Kit Carson Correctional Facility; Warden at CCA; Ronald Lunk; Mr. Breedlove; Ms. Bair; and Mr. Brill, Defendants–Appellees.**

**No. 01–1071.**

United States Court of Appeals, Tenth Circuit.

Sept. 19, 2001.

Before SEYMOUR and McKAY, Circuit Judges, and BRORBY, Senior Circuit Judge.

ORDER AND JUDGMENT *

McKAY Circuit Judge.

After examining Appellant's brief and the appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R.App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

Plaintiff, a state prisoner, appeals the district court's sua sponte dismissal of his civil rights complaint. The court dismissed the suit pursuant to 28 U.S.C. § 1915(e)(2)(b) (permitting dismissal of le-

---

* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir.R. 36.3.

gally frivolous claims) and *Edwards v. Balisok*, 520 U.S. 641, 117 S.Ct. 1584, 137 L.Ed.2d 906 (1997) (barring § 1983 claims for deprivation of good time credits where the claims necessarily imply the invalidity of the deprivation). For the reasons given by the district court, we affirm. *See* R. Doc. 18 (Order and Judgment of Dismissal).

Plaintiff is ordered to pay costs and fees in partial payments as outlined in the payment order filed April 24, 2001.